1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California State Bar No. 110984
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Tel: (213) 894-6841; Fax: (213) 894-7819
        E-mail: frank.kortum@usdoj.gov
9
   Attorneys for the United States of America
10
                UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                       WESTERN DIVISION
13

| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 15-09055 FMO (JCx) |
|---|---|
| Plaintiff[s], | THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE |
| v. | |
| [UNDER SEAL], | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendant[s]. | |
| | [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

ORIGINAL

Lodged proposed order

2019 AUG 21 PM 3:02

FILED

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-6841; Fax: (213) 894-7819
     E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant[s]. | No. CV 15-09055 FMO (JCx)<br><br>THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
    E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* RUBIE ALLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DRUG COMPOUNDING LLC; MICHAEL HEALD; IRMA DIAZ; JORGE GONZALES-BETANCOURT; and DOES 1 through 10,<br><br>    Defendants. | No. CV 15-09055 FMO (JCx)<br><br>THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(A), the United States of America ("United States") notifies the Court of its election to intervene in this action for settlement purposes against defendant Michael Heald ("Heald"). The United States expects to finalize the settlement with Heald within the next 30 days, and promptly after the United States receives the agreed-upon initial settlement payment, to file jointly, with the *qui tam* plaintiff, Rubie Allan ("relator"), a stipulated request for dismissal of this action as to Heald.

Pursuant to the California Insurance Frauds Prevention Act, Cal. Ins. Code § 1871.7(e)(4)(B), the State of California ("California") notifies the Court of its election to decline to intervene in this action with respect to Heald.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California Insurance Frauds Prevention Act, Cal. Ins. Code § 1871.7(e)(4)(B), the United States and California (collectively "Governments") further notify the Court of their election to decline to intervene in this action with respect to the remaining three defendants: Irma Diaz, Jorge Gonzales-Betancourt, and California Drug Compounding LLC. The stipulated request for dismissal identified above will include the relator's request to voluntarily dismiss the action as to these three defendants, and also the Governments' consent to such dismissal.

The Governments have completed their investigation and made their election; thus, there is no further need for the seal. *See* 31 U.S.C. § 3730(b)(3) & (4). The Governments and the relator therefore stipulate that the case should be unsealed, with certain exceptions, as follows: The relator's Complaint, this Notice, and the Court's Order thereon should be unsealed. All other documents previously filed or lodged with the Court in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the Governments' investigation, and, thereby, evaluating whether the seal and time for making an election should be extended. All papers hereafter filed or lodged in

1

1 | this action should not be sealed.

    A proposed Order accompanies this notice and stipulation.

                                   Respectfully submitted,

Dated: August 21, 2019

                                GREG ASLANIAN

                                Attorney for Relator

| | | |
|---|---|---|
| 1 | Dated: August 21, 2019 | CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU |
| 2 | | MITCH NEUMEISTER  By |
| 3 | | |
| 4 | | MITCH NEUMEISTER  STEVEN J GREEN, SBN 73705 |
| 5 | | Attorneys for the State of California |

Dated: August   , 2019    LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE

[see next page]

JENNIFER SNYDER
Head Deputy,
Healthcare Insurance Fraud Division

Attorneys for the State of California

Dated: August 21, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

FRANK D. KORTUM
Assistant United States Attorney

Attorneys for the
United States of America

3

| | | |
|---|---|---|
| 1 | Dated: August , 2019 | CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU |
| 2 | | [see preceding page] |
| 3 | | MITCH NEUMEISTER |
| 4 | | |
| 5 | | Attorneys for the State of California |
| 6 | | |
| 7 | Dated: August 21, 2019 | LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE |
| 8 | | |
| 9 | | JENNIFER SNYDER |
| 10 | | Head Deputy, Healthcare Insurance Fraud Division |
| 11 | | |
| 12 | | Attorneys for the State of California |
| 13 | | |
| 14 | Dated: August 21, 2019 | NICOLA T. HANNA United States Attorney |
| 15 | | DAVID M. HARRIS Assistant United States Attorney Chief, Civil Division |
| 16 | | DAVID K. BARRETT Assistant United States Attorney |
| 17 | | Chief, Civil Fraud Section |
| 18 | | |
| 19 | | FRANK D. KORTUM Assistant United States Attorney |
| 20 | | |
| 21 | | Attorneys for the United States of America |

3

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 21, 2019, I served THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 21, 2019. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

MITCHELL S. NEUMEISTER
California Dept. of Insurance
300 Capitol Mall, Fl. 16
Sacramento, CA 95814

GREG ASLANIAN
The Aslanian Law Firm, PC
275 E. California Blvd.
Pasadena, CA 91106

JENNIFER L. SNYDER
Deputy District Attorney
211 W. Temple St., Fl. 10
Los Angeles, CA 90012

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2019, at Los Angeles, California.

ROZ DAVIS

4