1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                                    WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 15-09055 FMO (JCx) |
| Plaintiff[s], | ORDER UNSEALING CASE |
| v. | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| [UNDER SEAL], | [FILED CONCURRENTLY UNDER SEAL: THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |
| Defendant[s]. | |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
    E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* RUBIE ALLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DRUG COMPOUNDING LLC; MICHAEL HEALD; IRMA DIAZ; JORGE GONZALES-BETANCOURT; and DOES 1 through 10,<br><br>Defendants. | No. CV 15-09055 FMO (JCx)<br><br>ORDER UNSEALING CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: THE GOVERNMENTS' NOTICE OF ELECTION RE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

The United States of America (the "United States") having partially intervened in this action as to one defendant for purposes of settlement and having declined to intervene in this action as to the remaining defendants, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4), and the State of California having declined to intervene in this action as to all defendants, pursuant to the California Insurance Frauds Prevention Act, Cal. Ins. Code § 1871.7(e)(4)(B), and the Governments and the *qui tam* plaintiff ("relator") Rubie Allan having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.

2. The relator's Complaint, the Governments' Notice of Election Re Intervention and Stipulation Re Unsealing of Case, and this Order shall be unsealed.

3. All other documents previously filed or lodged with the Court in this action shall remain permanently under seal and not be made public or served upon any defendant, except as previously ordered by this Court.

4. All documents filed or lodged in this action after the date of this Order shall not be sealed.

5. The parties shall attend a status conference on **October 17, 2019** at 10:00 a.m..

IT IS SO ORDERED.

Dated: ___September 3, 2019__                 _____/s/_____
                                                                    UNITED STATES DISTRICT JUDGE

1