NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
    E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* RUBIE ALLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DRUG COMPOUNDING LLC; MICHAEL HEALD; IRMA DIAZ; JORGE GONZALES-BETANCOURT,<br><br>    Defendants. | No. CV 15-09055 FMO (JCx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

1 | Plaintiff United States of America (the "United States") and *qui tam* plaintiff
2 | Rubie Allan ("Allan") have jointly stipulated that this action be dismissed with prejudice
3 | pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and subject to the
4 | terms of the settlement agreement of February 13, 2020.  Pursuant to said stipulation,
5 | and good cause appearing, IT IS HEREBY ORDERED that:
6 |     1.  This action is dismissed with prejudice.
7 |     2.  The Court does not retain exclusive jurisdiction to enforce the terms of the
8 |     above-referenced settlement agreement.  See <u>Kokkonen v. Guardian Life Ins.</u>
9 |     <u>Co. of Am.</u>, 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

11 | IT IS SO ORDERED.

13 | Dated: June 30, 2020      .         /s/  Fernando M. Olguin         .
14 |     UNITED STATES DISTRICT JUDGE

1

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 24, 2020, I served the **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** on each person or entity named below by e-mail, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing:  June 24, 2020.  Place of e-mailing:  Los Angeles, California.

Person(s) to whom e-mailed:

Michael Heald
mwh18@me.com
2902 West San Nicholas St.
Tampa, FL 33629

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 30, 2020** at Los Angeles, California.

ROZ DAVIS